



OCT 27 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Alexandr Yakovlev, Pro Se
General Delivery
South Lake Tahoe, CA 96151
750emerealdbay@gmail.com

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDR YAKOVLEV,<br><br>Plaintiff,<br><br>vs.<br><br>THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO,<br>JUDGE LEANNE K. MAYBERRY, in her official capacity,<br>THE ACTING PRESIDING JUSTICE OF THE COURT OF APPEAL, THIRD APPELLATE DISTRICT, in their official capacity,<br>COLETTE M. BRUGGMAN, in her official capacity,<br><br>Defendants. | Case No.: 2:25CV3110 DJC CSK (PS)<br><br>**PLAINTIFF'S REQUEST FOR REASONABLE ACCOMMODATION** |

Plaintiff, Mx. Alexandr Yakovlev, a qualified individual with a disability, hereby requests reasonable accommodations pursuant to **Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132**, and applicable federal regulations, to ensure meaningful access to court proceedings and filings.

## BACKGROUND AND HARDSHIP

Plaintiff suffers from **severe fibromyalgia, post-traumatic stress disorder (PTSD), and cognitive processing disorders**, which collectively limit mobility, endurance, and the ability to manage physical mail or attend in-person proceedings. Plaintiff does not have stable housing and is physically unable to travel over 100 miles to the courthouse. These conditions make participation in standard court processes without reasonable modifications effectively impossible. Without accommodations, Plaintiff risks being denied meaningful access to justice and unable to comply with procedural requirements.

### 1. ACCOMMODATIONS REQUESTED

Due to these disabilities, Plaintiff requests the following accommodations:

A. Permission for **electronic filing via email** to allow timely submission of all documents without requiring travel to the courthouse.

B. **Electronic service** of all court notices, orders, and communications via email at **750emerealdbay@gmail.com**, in lieu of physical mail.

C. **Telephonic appearance** at all hearings, conferences, and other proceedings, to accommodate physical and cognitive limitations.

These accommodations will allow Plaintiff to meaningfully participate in the litigation, meet deadlines, and comply with procedural requirements.

### 2. DISABILITY AND FUNCTIONAL LIMITATIONS

Plaintiff's disabilities:

- Prevent travel to the courthouse (over 100 miles).
- Make receiving, handling, and responding to physical mail impossible.
- Limit the ability to use video technology for virtual hearings due to sensory and cognitive challenges.
- Require telephonic participation and electronic communication to ensure timely access to court proceedings and documents.

Without these modifications, Plaintiff cannot fully participate in court proceedings.

### 3. LEGAL BASIS

The requested accommodations are reasonable modifications required under **28 C.F.R. § 35.130(b)(7)** and necessary for **effective communication** under **28 C.F.R. § 35.160(a)**. These accommodations impose **no undue burden** on the Court and do not compromise the integrity of court proceedings.

### 4. PROPOSED IMPLEMENTATION

- Plaintiff will submit all filings via email to the Clerk's Office general email address.
- The Court will send all communications, orders, and notices to 750emerealdbay@gmail.com.
- The Court will provide a call-in number for all hearings, conferences, and other proceedings.

These measures ensure Plaintiff's equal access to justice and compliance with procedural requirements.

**WHEREFORE,** Plaintiff respectfully requests that the Court grant these accommodations to ensure meaningful access to justice and the ability to fully participate in all aspects of this litigation.

DATED: October 23, 2025

Respectfully submitted,

*Alexandr Yakovlev, Pro Se*