Case 2:25-cv-03110-DJC-CSK  Document 4-1  Filed 11/03/25  Page 1 of 2

**LODGED**

NOV 0 3 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Alexandr Yakovlev, Pro Se
General Delivery
South Lake Tahoe, CA 96151

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDR YAKOVLEV, Pro Se, <br><br> Plaintiff, <br><br> v. <br><br> SHELBY WINEINGER, in their official capacity as El Dorado County Court Executive Officer; COLETTE M. BRUGGMAN, in their official capacity as Clerk/Executive Officer of the California Court of Appeal, Third Appellate District; SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO; and CALIFORNIA COURT OF APPEAL, THIRD APPELLATE DISTRICT; <br><br> Defendants. | Case No.: 2:25-cv-03110-DJC-CSK <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

Plaintiff, proceeding *pro se*, filed a Verified Complaint and Emergency Motion for a Temporary Restraining Order ("TRO") and Preliminary Injunction. Upon review of the motion, supporting declaration, and exhibits, and finding imminent and irreparable harm, the Court hereby ORDERS as follows:

**I. TEMPORARY RESTRAINING ORDER**

Defendants, their officers, agents, employees, and all persons acting in concert with them, are **temporarily restrained** from:

1. Rejecting or refusing to docket filings in El Dorado County Superior Court Case No. 25CV1460 based on any pre-2016 vexatious litigant order; and

2. Enforcing or taking any action to collect the September 12, 2025 sanctions order in the amount of **$20,880.50**.

Within **48 hours** of service of this Order:

- **Defendant WINEINGER** shall re-accept and process Plaintiff's previously rejected filings (#25ED00053390, #25ED00053647, #25ED00054249, and #25ED00054400) and Plaintiff's ADA Request (#25ED00053539, Exhibit F), provide substantive responses, and issue proper filing receipts in compliance with *California Rules of Court, Rule 8.100(b)*.

- **Defendant BRUGGMAN** shall accept and file Plaintiff's writ petitions and appeals

related to Case No. 25CV1460 and mistaken-identity claims (Appellate Case Nos. C104786, C104877, C104897, and C104898), and process them in accordance with ordinary appellate procedures, without reliance on any pre-2016 vexatious litigant designation.

This Temporary Restraining Order shall remain in effect for **14 days**, unless extended by further order of the Court.

## II. ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

Defendants are ORDERED TO SHOW CAUSE why a preliminary injunction should not issue continuing the relief provided herein.

- Opposition shall be filed by: _____
- Reply, if any, shall be filed by: _____
- Hearing shall be held on: _____ at _____ in Courtroom ___

## III. SERVICE

Plaintiff may serve this Order and all related documents via **email, personal delivery**, or the **TrueFiling e-filing system**. Such service shall constitute proper service and proof of delivery.

- **Defendant WINEINGER:** El Dorado County Superior Court, 495 Main St., Placerville, CA 95667 — *Court-Admin@eldorado.courts.ca.gov*
- **Defendant BRUGGMAN:** California Court of Appeal, Third Appellate District, 914 Capitol Mall, Sacramento, CA 95814-4614 — *colette.bruggman@jud.ca.gov*

## IV. FINDINGS

1. Plaintiff has demonstrated a likelihood of immediate and irreparable harm.
2. Serious questions exist regarding Plaintiff's access-to-courts and due process claims, and the balance of hardships tips sharply in Plaintiff's favor.
3. The record indicates systematic denial of Plaintiff's filings across multiple state cases, demonstrating futility of state remedies.
4. The public interest strongly favors the preservation of access to courts and protection of constitutional and statutory rights.
5. This relief applies solely to the ministerial and administrative duties of Defendants in their official capacities and does not affect any judicial acts or discretionary decisions.

**IT IS SO ORDERED.**

DATED:

UNITED STATES DISTRICT JUDGE<br>EASTERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION