## EXHIBIT LIST FOR VERIFIED AMENDED COMPLAINT AND EMERGENCY MOTION FOR TRO

**FILED**

**Court:** United States District Court, Eastern District of California

**Case Name:** *Yakovlev v. Wineinger, et al.*

NOV 0 3 2025

**Case No.:** 2:25-cv-03110-DJC-CSK

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　DEPUTY CLERK

### EXHIBIT REFERENCE CHART

| Exhibit | Description | Notes / Relevance |
|---------|-------------|-------------------|
| A | Asylum Approval (Oct 13, 2016) | Plaintiff identity proof |
| B | SSN Processing Letter (Oct 2016) | Plaintiff identity proof |
| C | Comprehensive Eastern European Naming Analysis | Mistaken identity evidence |
| D | Sanctions Order ($20,880.50, Sep 12, 2025) | Wineinger & Bruggman enforcement |
| E | Superior Court Rejection Notices — Combined | **4 Explicit Rejections** |
| E-1 | Envelope #25ED00052436 (Sep 24, 2025) | Multiple filings rejected |
| E-2 | Envelope #25ED00053165 (Oct 2, 2025) | Addendum to VL request rejected |
| E-3 | Envelope #25ED00053539 (Oct 7, 2025) | Multiple filings including appeal notices rejected |
| F | EFM Rejection #25ED00053539 | ADA request specifically highlighted and marked "defective" |

1

| Exhibit | Description | Notes / Relevance |
|---------|-------------|-------------------|
| G | Court of Appeal Rejection Notice (Oct 21, 2025) | Bruggman letter |
| H | Disability Benefits Proof | SSI / disability letter |
| I | Medical Records / ER Report (Sep 13, 2025) | Hospitalization documentation |
| J | E-Filing Status Table | **4 Constructive Denials - Unprocessed for 19-31 days:** #25ED00053390 (31 days), #25ED00053647 (27 days), #25ED00054249 (20 days), #25ED00054400 (19 days) |
| K | Systematic Appellate Rejections | 4 appellate cases: C104786, C104877, C104897, C104898 |
| L | Court of Appeal "Catch-22" Rejection Letter (Oct 30, 2025) | Proves coordinated blockade: The appellate court rejects filing, bouncing Plaintiff back to the Superior Court that is already systematically rejecting all filings. |

**Cross-References:**

- **Complaint:** ¶16: A, B, C | Parties: A, B | Hearing: C | ¶17: D | ¶18: E | Appellate: G | Systemic Blockade: K | ADA Violation: F | E-Filing Status: J | Disability: H | Medical: I

- **TRO Motion:** Hospitalization: I | Sanctions: D | Disability: H | Rejections: E, G, K, J | Appellate Blockade: K | ADA: F

- **TRO / Proposed Order:** Envelopes: #25ED00053390, #25ED00053647, #25ED00054249, #25ED00054400 | ADA Rejection: F | Appellate Filings: G, K



**DEPARTMENT OF HOMELAND SECURITY**
U.S. Customs and Border Protection

ASYLUM STATUS
Granted Indefinitely
Section 208
Immigration and Nationality Act

OCT 13 2016

SIGNATURE

A0318    Z. SF  No. C4/5~

U.S. CITIZENSHIP AND IMMIGRATION SERVICES

**Departure Record**

Admission Number

18 Family Name
YAKOVLEV

19 First Given Name
ALEK

21 Country of Citizenship
Stateless

20 Birth Date (DD/MM/YY)

CBP Form 1-94 (03/08)
STAPLE HERE

See Other Side

Exhibit A

# Exhibit B

# Social Security Administration
## Important Information

Office Address:
Social Security Administration
SOCIAL SECURITY ADMIN
SUITE 100
1250 S. BUFFALO DR
LAS VEGAS, NV 89117-8329
Phone: 866-614-4770
Date: October 20, 2016

ALEK YAKOVLEV
GENERAL DELIVERY
LAS VEGAS, NV 89165-9999

Thank you for applying for a Social Security card.

Your application for the Social Security card was accepted.

Please contact us in 4 to 6 weeks to verify status of your Social Security card. If you come in for a personal interview please bring us the document(s) to verify your identity.

## This notice is proof of eligibility for a Social Security number or card.

### If You Have Any Questions

If you have any questions about a Social Security card please call us at the number shown at the top of this letter.  You may also visit us at the address shown at the top of this letter.

For general information about Social Security or questions about your benefits, please:

• Visit our website at www.socialsecurity.gov.

• Call us toll-free at 1-800-772-1213. We can answer most questions over the phone. If you are deaf or hard of hearing, our toll-free TTY number is 1-800-325-0778.

• Write or visit any Social Security office.

If you do call or visit an office, please have this letter with you.  It will help us answer your questions.

Form SSA-L676(06-2013)

# Exhibit C

**COMPREHENSIVE EASTERN EUROPEAN NAMING ANALYSIS: "ALEX"**

**I. OFFICIAL NAME VARIANTS FOR "ALEX"**

| Legal Name | Gender | Origin | Diminutives |
|---|---|---|---|
| Aleksandr | Male | Russian | Sasha, Shurik, **Alex** |
| Oleksandr | Male | Ukrainian | Sasha, **Alex** |
| Alexei | Male | Russian | Alyosha, Lesha, **Alex** |
| Aleksandra | Female | Russian | Sasha, Shura, **Alex** |
| Oleksandra | Female | Ukrainian | Sasha, **Alex** |
| Alexandru | Male | Romanian | Sandu, **Alex** |
| Alessandro | Male | Italian | Sandro, **Alex** |
| Alejandro | Male | Spanish | Ale, Jandro, **Alex** |
| Alexandros | Male | Greek | **Alex** |
| Alexia | Female | Greek | Lexi, **Alex** |
| Alexandrina | Female | Romanian | Drina, Sandra, **Alex** |
| Alessandra | Female | Italian | Sandra, **Alex** |
| Alexius | Male | Greek | **Alex** |
| Olexiy | Male | Ukrainian | Olek, **Alex** |

1

# Exhibit C

| Legal Name | Gender | Origin | Diminutives |
|---|---|---|---|
| Sandor | Male | Hungarian | **Alex** (regional) |
| Iskander | Male | Arabic/Persian | **Alex** (anglicized) |

## II. CULTURAL NICKNAME EQUIVALENTS

### Russian/Ukrainian:

- Sasha (unisex) - primary diminutive for Alexander/Alexandra
- Shura (male/female) - secondary diminutive
- Alyosha (male) - for Alexei
- Olek (male) - Ukrainian variant

### Mediterranean:

- Sandro (male) - Italian/Spanish
- Sandra (female) - International
- Ale (male) - Spanish

## III. SOURCES AND REFERENCES

1. **Behind the Name (**behindthename.com**)**
   - "Alexander" entry with international variants
   - Diminutive forms across cultures

2. **Oxford Dictionary of First Names**
   - Historical usage of Alexander/Alexandra variants
   - Cultural adaptation patterns

3. **USCIS Name Matching Guidelines**
   - Recognition of name variations in immigration context
   - Allowance for diminutive and nickname forms

4. **Social Security Administration Data**
   - Name frequency and variant tracking
   - Cultural naming pattern analysis

5. **Linguistic Society of America**
   - Studies on name diminutives across languages
   - Cross-cultural naming conventions

2

# Exhibit D

**FILED**
Superior Court of California,
County of El Dorado
09/12/2025
By: Katherine Burtt, Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF EL DORADO

| | |
|---|---|
| ALEXANDER YAKOVLEV,<br><br>Plaintiff,<br><br>v.<br><br>MARCHITA MASTERS, PSY.D.,<br><br>Defendant. | Case No. 25CV1460<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANT MARCHITA MASTERS, PSY.D.'S MOTION FOR SANCTIONS PURSUANT TO CAL. CODE OF CIVIL PROCEDURE §§ 128.5 AND 128.7**<br><br>**Date:** **September 12, 2025**<br>**Time:** **1:30 p.m.**<br>**Dept.:** **4**<br><br>The Hon. Michael H. Friel, Dept. 12<br><br>Action Filed:    06/06/2025<br>Trial Date:    None Set |

### ~~[PROPOSED]~~ ORDER

Defendant MARCHITA MASTERS, PSY.D.'S ("Defendant" or "Dr. Masters"), Motion for Sanctions Pursuant to Cal. Code of Civil Procedure §§ 128.5 and 128.7, came on September 12, 2025, at 1:30 p.m., Department 4 of the California Superior Court, County of El Dorado.

The Court, having read and considered the Motion for Sanctions Pursuant to Cal. Code of Civil Procedure §§ 128.5 and 128.7, all papers, having heard oral arguments of counsel, and after due deliberation, **IT IS HEREBY ADJUDGED, ORDERED AND DECREED AS FOLLOWS:**

/ / /

**ELECTRONICALLY RECEIVED**
Superior Court of California,
County of El Dorado
07/17/2025 at 06:22:20 PM
By: Katherine Burtt, Deputy Clerk

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950

38836712.1:10386-0750

-1-

~~[PROPOSED]~~ ORDER GRANTING DEFENDANT MARCHITA MASTERS, PSY.D.'S MOTION FOR
SANCTIONS PURSUANT TO CAL. CODE OF CIVIL PROCEDURE §§ 128.5 AND 128.7

# Exhibit D

1.     Defendant's Motion for Sanctions Pursuant to Cal. Code of Civil Procedure §§ 128.5 and 128.7 is GRANTED;

2.     It Is FURTHER ORDERED that sanctions in the amount of $20,880.50    are imposed against Plaintiff Alexander Yakovlev, and in favor of Defendant; and

3.     Sanctions are ORDERED to be paid directly to Defendant's counsel of record within ~~15~~ calendar days of the date of hearing.
30

**IT IS SO ORDERED.**

Leanne K. Mayberry

DATED: Sept. 12 , 2025          By: _____

Hon. Judge of the Superior Court of El Dorado County

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950

38836712.1:10386-0750                    -2-
~~[PROPOSED]~~ ORDER GRANTING DEFENDANT MARCHITA MASTERS, PSY.D.'S MOTION FOR SANCTIONS PURSUANT TO CAL. CODE OF CIVIL PROCEDURE §§ 128.5 AND 128.7

# Exhibit D

**PROOF OF SERVICE**

**Alex Yakovlev v. Marchita Masters**
**Case No. 25CV1460**

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 501 West Broadway, Suite 1200, San Diego, CA 92101.

On July 17, 2025, I served the following document(s) described as **[PROPOSED] ORDER GRANTING DEFENDANT MARCHITA MASTERS, PSY.D.'S MOTION FOR SANCTIONS PURSUANT TO CAL. CODE OF CIVIL PROCEDURE §§ 128.5 AND 128.7** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address blongenecker@wshblaw.com to the persons at the electronic notification address listed in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was not successful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 17, 2025, at San Diego, California.

Brenna N. Longenecker

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950

[PROPOSED] ORDER GRANTING DEFENDANT MARCHITA MASTERS, PSY.D.'S MOTION FOR
SANCTIONS PURSUANT TO CAL. CODE OF CIVIL PROCEDURE §§ 128.5 AND 128.7

# Exhibit D

**SERVICE LIST**
**Alex Yakovlev v. Marchita Masters**
**Case No. 25CV1460**

Alex Yakovlev
750 Emerald Bay Road, #205
S. Lake Tahoe, CA 96150
Email: aleksummerfield@gmail.com

**Plaintiff**

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ◆ FAX 619.849.4950

[PROPOSED] ORDER GRANTING DEFENDANT MARCHITA MASTERS, PSY.D.'S MOTION FOR
SANCTIONS PURSUANT TO CAL. CODE OF CIVIL PROCEDURE §§ 128.5 AND 128.7

10/29/25, 11:00 AM                                    [750emerealdbay@gmail.com] - Envelope : 25ED00052436

**Type:** Court Filings  **Process:** 25CV1460 - Alexandr Yakovlev vs. Marchita Masters    Activity Details

---

| **Activity Type:** File on Existing Case |
| --- |

Rejected

**Description:** Envelope : 25ED00052436
**Started On:** 2025-09-24 10:52 AM PST

# Exhibit E-1

---

Envelop# **25ED00052436** submitted on **2025-09-24 11:22 AM PST**

---

| # | Filing | | Document(s) | Action |
|---|---|---|---|---|
| 1 | Rejected | EFM Rejection | EFMRejection.pdf | |
| 2 | Rejected | Motion | NOTICEOFAPPEALCIVIL.pdf | metadata |
| 3 | Rejected | Motion | NoticeofAppealAPP00210125.pdf | metadata |
| 4 | Rejected | Proof: Service | pos05092425.pdf | metadata |
| 5 | Rejected | Request | RequesttoSetAsideDismissalObtainedThrou.pdf | metadata |
| 6 | Rejected | Request | FORMALNOTICEOFMINISTERIALDUTY91725.pdf | metadata |
| 7 | Rejected | Request | FORMALNOTICEOFMINISTERIALDUTY92425.pdf | metadata |

**Type:** Court Filings **Process:** 25CV1460 - Alexandr Yakovlev vs. Marchita Masters  Activity Details

---

**Activity Type: File on Existing Case**
Rejected
**Description: Envelope : 25ED00053165**
**Started On: 2025-10-02 10:39 AM PST**

# Exhibit E-2

---

Envelop# **25ED00053165 submitted on 2025-10-02 10:46 AM PST**

---

| # | Filing | | Document(s) | Action |
|---|--------|--|-------------|--------|
| 1 | Rejected | **EFM Rejection** | EFMRejection.pdf | |
| 2 | Rejected | **Motion** | ADDENDUMTOVL110REQUESTTOFILENEWLITIGAT.pdf | metadata |
| 3 | Rejected | **Proof: Service** | pos05010225.pdf | metadata |
| 4 | Rejected | **Proof: Service** | APP009EPROOFOFELECTRONICSERVICECourtof.pdf | metadata |

Case has been dismissed with prejudice.

[750emerealdbay@gmail.com] - Envelope : 25ED00053539

**Type:** Court Filings  **Process:** 25CV1460 - Alexandr Yakovlev vs. Marchita Masters   Activity Details

---

**Activity Type:** File on Existing Case

Rejected

**Description:** Envelope : 25ED00053539
**Started On:** 2025-10-07 12:54 AM PST

# Exhibit E-3, F

---

Envelop# **25ED00053539** submitted on **2025-10-07 01:08 AM PST**

---

| # | Filing | | Document(s) | Action |
|---|--------|--|-------------|--------|
| 1 | Rejected | EFM Rejection | EFMRejection.pdf | |
| 2 | Rejected | Motion | NOTICEOFAPPEALCIVIL.pdf | metadata |
| 3 | Rejected | Notice: Appeal - Unlimited | NoticeofAppealAPP00292525.pdf | metadata |
| 4 | Rejected | Request | 25CV1460RequesttoFileNewLitigation10072.pdf | metadata |
| 5 | Rejected | Affidavit: Contempt | AddendumtoVL110RequesttoFileNewLitigat.pdf | metadata |
| 6 | Rejected | Proof: Service | APP009EPROOFOFELECTRONICSERVICECourtof.pdf | metadata |
| 7 | Rejected | Request | REQUESTFORPREFILINGRELIEF.pdf | metadata |
| 8 | Rejected | Request/Order: Accommodations | REQUESTFORREASONABLEDISABILITYACCOMMODATI.pdf | metadata |

*Document is defective.*

---

**OFFICE OF THE CLERK**
**COURT OF APPEAL**
**Third Appellate District**
**State of California**

# Exhibit G

914 Capitol Mall
Sacramento, CA   95814-4814
916.654.0209
appellate.courts.ca.gov

**COLETTE M. BRUGGMAN**
Clerk/Executive Officer

**TODD C. EYSTER**
Assistant Clerk/Executive Officer

October 21, 2025

Alexandr Yakovlev
General Delivery
South Lake Tahoe, CA 96151

Re:   Yakovlev v. The Superior Court of El Dorado County
      C104786
      El Dorado County Super. Ct. No. 25CV1460

Dear Alexandr Yakovlev:

At the direction of the court, your motion for recognition of distinct identity and relief from
improper rejections and accompanying request to waive court fees received on October 19,
2025, are not being filed and are hereby rejected.   There are no provisions in the California
Code of Civil Procedure, section 391.7, for filing a petition for rehearing following the denial
of a request to file new litigation by a vexatious litigant.

Very truly yours,

COLETTE M. BRUGGMAN
Clerk/Executive Officer

*Julia Villarreal*

By:   Julia Villarreal
Assistant Deputy Clerk III

cc:   See Mailing List

# Exhibit H

**Social Security Administration**
## Supplemental Security Income
**Important Information**

Date: 08/11/2023

ALEK YAKOVLEV

We recently reviewed the evidence in your Supplemental Security Income (SSI) claim and find that your disability is continuing. If you continue to meet all other eligibility requirements of the law, payments will continue. We have also included information about working that explains some of the terms we use.

We will review your claim from time to time to see if you are still eligible for benefits based on disability or blindness. When we review your claim, we will contact you if there is any question as to whether your eligibility continues.

**Promptly Report Events That May Affect Your Benefits**

You must promptly report any changes that may affect your benefits. Failure to do so could mean you may have to repay any benefits not due you. Let us know if:

- You returned to work since your last report or you return to work in the future (no matter how little you earn); OR
- You already reported your work, but your duties or pay changed. (Remember to keep records of your work and earnings such as pay statements from your employer.); OR
- Your doctor says your condition has improved (even if you do not work now); OR
- You apply for, start getting, or there is a change in the amount of workers' compensation or another public benefit; OR
- You start paying for work expenses related to your disability (for example, you may need special transportation), or the amount paid for these work expenses changes or you no longer pay for such expenses. (Remember to keep records and proof of payment for any work expenses.)

We will use this information to decide if your health problems still meet our rules or if we must change your payment amount.

**Ticket to Work Program**

Would you like to work or increase your earnings? If so, Social Security's Ticket to Work program may be right for you. Ticket to Work is a voluntary program that can help you get the support and services you need to reach your work goals and guide you to success with employment. To find out how the Ticket to Work program may help you reach your work goals, please contact the Ticket Call Center toll-free at 866-968-7842. If you are deaf or hard of hearing, call TTY 866-833-2967. You can also visit www.socialsecurity.gov/work for more information.

**Suspect Social Security Fraud?**

Please visit https://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at (800) 269-0271. If you are deaf or hard of hearing, call TTY (866) 501-2101.

**Need More Help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.

2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.

3. You may also call your local office at (877) 545-5497.

PLACERVILLE CA
SOCIAL SECURITY
SUITE A
3916 MISSOURI FLAT RD
PLACERVILLE CA 95667 - 9877

7267805/ Assigned 2213 R09/ DCPS / / 98022256

# Exhibit I

## Document info

| | |
|---|---|
| Result type: | ED Physician Notes |
| Result date: | Sep 13, 2025, 06:55 a.m. |
| Result status: | authenticated |
| Performed by: | Robert Kozel |
| Verified by: | Robert Kozel |
| Modified by: | Robert Kozel |

# Abdominal pain

**Patient:** **YAKOVLEV, ALEXANDR**

**Abdominal pain**

Patient:  **YAKOVLEV, ALEXANDR**
**309032118(M)**
Age:  **53 years**   Sex: **M**
Associated Diagnoses:  **None**
Author:  **Kozel, Robert P MD**

**Basic Information**
  **Time seen:** Provider Initial Contact Time
   09/13/2025 06:51.
  **History source:** Patient.
  **Arrival mode:** Walking.
  **Additional information:** Chief Complaint (ST)
  **Chief Complaint ED:** Pt c/o anxiety and difuse abdominal pain with n/v/d  s/p court hearing. Pt
  concerned about lung collapse because he has had lung collapse with anxiety attack in past.
  09/13/25 06:45.

**History of Present Illness**
   The patient presents with This is a 53-year-old who has a history of anxiety and depression comes in
complaining of abdominal pain for a day after having a court hearing.  He said he had vomiting and
diarrhea associated with this.  No blood in either of them.  No pain on urination no blood in his urine.
Nothing makes the pain better or worse at this time.  He is not suicidal homicidal.  Also says he got a lung
collapse when he had anxiety in the past and concerned about that.  Denies any other complaint.  The
onset was 1 days ago.  The course/duration of symptoms is constant.  The character of symptoms is dull.
The degree at onset was minimal.  The degree at present is minimal.  Radiating pain: none.  The

# Exhibit I

exacerbating factor is none. The relieving factor is none. Therapy today: none. Risk factors consist of none. Associated symptoms: vomiting and diarrhea.

**Review of Systems**
      **Gastrointestinal symptoms:** Abdominal pain, vomiting, diarrhea.
      **Additional review of systems information:** All systems reviewed as documented in chart.

**Health Status**
  **Allergies:**
     Allergic Reactions (Selected)
      *Mild*
        Abilify- Unknown.
        Methocarbamol- Unknown..
  **Medications:** Include Documented Meds (Selected)
     Prescriptions
      *Prescribed*
        Protonix 40 mg oral delayed release tablet: 1 Tab, PO, qDay, 30 Tab, 0 Refill(s)
        Zofran ODT 8 mg oral tablet, disintegrating: 1 Tab, PO, TID, PRN: Nausea / Vomiting, 12
          Tab, 0 Refill(s)
        pantoprazole 20 mg oral delayed release tablet: 2 Tab, PO, qDay, 180 Tab, 0 Refill(s).

**Past Medical/ Family/ Social History**

  **Medical history**
    Psychiatric: depression, anxiety.
  **Medical history:**
    All Problems
      No Chronic Problems / NKP.
  **Surgical history:**
    No active procedure history items have been selected or recorded..
  **Family history:**
    No family history items have been selected or recorded..
  **Social history:**
  **Social & Psychosocial Habits**

  **Alcohol**
  05/09/2025  **Use:** Denies

  09/13/2025  **Use:** Denies

  **Home/Environment**
  05/09/2025  **Religious restrictions/concerns:** None
   **Living situation:** Home/Independent

  09/13/2025  **Religious restrictions/concerns:** None

  **Substance Abuse**
  05/09/2025  **Use:** Denies

  09/13/2025  **Use:** Denies

  **Tobacco**
  05/09/2025  **Tobacco Use:** Never (less than 100 in l

11/2/25, 12:46 PM                              [750emerealdbay@gmail.com] - Envelope : 25ED00053390

**Type:** Court Filings  **Process:** 25CV1460 - Alexandr Yakovlev vs. Marchita Masters    Activity Details

| Activity Type: File on Existing Case | **Exhibit J** |

Submitted

**Description:** Envelope : 25ED00053390
**Started On:** 2025-10-03 05:38 PM PST

Envelop# **25ED00053390** submitted on **2025-10-03 05:53 PM PST**

| # | Filing | | Document(s) | Action |
|---|--------|---|-------------|--------|
| 1 | Submitted | Motion | MOTIONTOVACATEVOIDORDERSANDJUDGMENTwit.pdf | metadata |
| 2 | Submitted | Proof: Service | APP009EPROOFOFELECTRONICSERVICECourtof.pdf | metadata |
| 3 | Submitted | Motion | motiontoquashwithexhibits91925.pdf | metadata |
| 4 | Submitted | Notice: Appeal - Unlimited | NOTICEOFAPPEALCIVIL.pdf | metadata |
| 5 | Submitted | Notice: Appeal - Unlimited | NoticeofAppealAPP00292525.pdf | metadata |
| 6 | Submitted | Request | 25CV1460RequesttoFileNewLitigation10012.pdf | metadata |
| 7 | Submitted | Request | ADDENDUMTOVL110REQUESTTOFILENEWLITIGAT.pdf | metadata |
| 8 | Submitted | Affidavit: Misc | ComplaintAgainstPresidingJudgeVickiAshwo.pdf | metadata |
| 9 | Submitted | Affidavit: Misc | ComplainttoCommissiononJudicialPerforman.pdf | metadata |
| 10 | Submitted | Proof: Service | pos05010225.pdf | metadata |

10/29/25, 10:57 AM                                    [750emerealdbay@gmail.com] - Envelope : 25ED00053647

**Type:** Court Filings  **Process:** 25CV1460 - Alexandr Yakovlev vs. Marchita Masters    Activity Details

**Activity Type:** File on Existing Case

Submitted

# Exhibit J

**Description:** Envelope : 25ED00053647
**Started On:** 2025-10-07 04:02 PM PST

Envelop# **25ED00053647** submitted on **2025-10-07 04:14 PM PST**

| # | Filing | | Document(s) | Action |
|---|--------|--|-------------|--------|
| 1 | Submitted | Motion | MOTIONTOCOMPELCLERKTOACCEPTNOTICEOFAP.pdf | metadata |
| 2 | Submitted | Order | ORDERFORMOTIONTOCOMPELCLERKTOACCEPTNO.pdf | metadata |
| 3 | Submitted | Notice: Appeal - Unlimited | NOTICEOFAPPEALCIVIL.pdf | metadata |
| 4 | Submitted | Proof: Service | NoticeofAppealAPP00292525.pdf | metadata |
| 5 | Submitted | Proof: Service | APP009EPROOFOFELECTRONICSERVICECourtof.pdf | metadata |
| 6 | Submitted | Request | 25CV1460RequesttoFileNewLitigation10072.pdf | metadata |
| 7 | Submitted | Affidavit: Contempt | AddendumtoVL110RequesttoFileNewLitigat.pdf | metadata |
| 8 | Submitted | Proof: Service | pos05010725.pdf | metadata |

**Type:** Court Filings  **Process:** 25CV1460 - Alexandr Yakovlev vs. Marchita Masters  Activity Details

# Exhibit J

**Activity Type:** File on Existing Case
Submitted
**Description:** Envelope : 25ED00054249
**Started On:** 2025-10-14 12:32 AM PST

Envelop# **25ED00054249** submitted on **2025-10-14 12:39 AM PST**

| # | Filing | | Document(s) | Action |
|---|--------|--|-------------|--------|
| 1 | Submitted | Motion | NoticeofAppealAPP00292525.pdf | metadata |
| 2 | Submitted | Notice: Appeal - Unlimited | NOTICEOFAPPEALCIVIL.pdf | metadata |
| 3 | Submitted | Request | 25CV1460RequesttoFileNewLitigation10072.pdf | metadata |
| 4 | Submitted | Affidavit: Contempt | AddendumtoVL110RequesttoFileNewLitigat.pdf | metadata |
| 5 | Submitted | Proof: Service | APP009EPROOFOFELECTRONICSERVICECourtof.pdf | metadata |
| 6 | Submitted | Proof: Service | app009101225.pdf | metadata |
| 7 | Submitted | Motion | MOTIONTOCOMPELCLERKTOACCEPTNOTICEOFAP.pdf | metadata |

[750ernerealdbay@gmail.com] - Envelope : 25ED00054400

**Type:** Court Filings  **Process:** 25CV1460 - Alexandr Yakovlev vs. Marchita Masters    Activity Details

---

| **Activity Type:** File on Existing Case | # Exhibit J |
|---|---|

Submitted

**Description:** Envelope : 25ED00054400
**Started On:** 2025-10-15 02:40 AM PST

---

Envelop# **25ED00054400** submitted on **2025-10-15 02:42 AM PST**

---

| # | Filing | | Document(s) | Action |
|---|---|---|---|---|
| 1 | Submitted | Motion | requestcopies101525.pdf | metadata |

Court of Appeal, Third Appellate District
Colette M. Bruggman, Clerk
Electronically FILED on 10/15/2025 by J. Villarreal, Deputy Clerk

# Exhibit K

**IN THE**

# Court of Appeal of the State of California

**IN AND FOR THE**
**THIRD APPELLATE DISTRICT**

ALEXANDR YAKOVLEV,
    Petitioner,
       v.
THE SUPERIOR COURT
OF EL DORADO COUNTY,
    Respondent;
MARCHITA MASTERS,
    Real Party in Interest.

                         C104786
                         El Dorado County
                         No.   25CV1460

BY THE COURT:

    Petitioner's request for an order by the presiding justice for relief from a prefiling order to permit the filing of a petition for writ of mandate or prohibition is denied. Petitioner has failed to show "it appears that the litigation [the writ petition] has merit and has not been filed for the purposes of harassment or delay."   (Code Civ. Proc., § 391.7, subd. (b); *McColm v. Westwood Park Assn.* (1998) 62 Cal.App.4th 1211, 1216-1221, disapproved on other grounds by *John v. Superior Court* (2016) 63 Cal.4th 91.)

    The clerk of this court is directed to reject the petition for writ of mandate and or prohibition, application for waiver of court fees, and supporting documents submitted with the petition as of the date of this order.

/ROBIE, Acting P.J.

--------------------------------

cc: See Mailing List

# Exhibit K

Court of Appeal, Third Appellate District
Colette M. Bruggman, Clerk
Electronically FILED on 10/28/2025 by J. Villarreal, Deputy Clerk

**IN THE**

# Court of Appeal of the State of California
## IN AND FOR THE
## THIRD APPELLATE DISTRICT

ALEXANDR YAKOVLEV,
    Petitioner,
    v.
THE SUPERIOR COURT
OF EL DORADO COUNTY,
    Respondent;
SOUTH LAKE TAHOE
SUPPORTIVE HOUSING,
    Real Party in Interest.

C104877
El Dorado County
No.   25CV1718

BY THE COURT:

Petitioner's request for an order by the presiding justice for relief from a prefiling order to permit the filing of a petition for writ of mandate or prohibition is denied. Petitioner has failed to show "it appears that the litigation [the writ petition] has merit and has not been filed for the purposes of harassment or delay."   (Code Civ. Proc., § 391.7, subd. (b); *McColm v. Westwood Park Assn.* (1998) 62 Cal.App.4th 1211, 1216-1221, disapproved on other grounds by *John v. Superior Court* (2016) 63 Cal.4th 91.)

The clerk of this court is directed to reject the petition for writ of mandate or prohibition, application for waiver of court fees, and supporting documents submitted with the petition as of the date of this order.

*ROBIE, Acting P.J.*

----------------------------------

cc: See Mailing List

# Exhibit K

Court of Appeal, Third Appellate District
Colette M. Bruggman, Clerk
Electronically FILED on 10/30/2025 by J. Villarreal, Deputy Clerk

**IN THE**

# Court of Appeal of the State of California

**IN AND FOR THE**
**THIRD APPELLATE DISTRICT**

ALEXANDR YAKOVLEV,
    Petitioner,
    v.
THE SUPERIOR COURT
OF EL DORADO COUNTY,
    Respondent;
LAKE TAHOE
COMMUNITY COLLEGE,
    Real Party in Interest.

                            C104897
                            El Dorado County
                            No.   25CV1332

BY THE COURT:

      Petitioner's request for an order by the presiding justice for relief from a prefiling order to permit the filing of a petition for writ of mandate or prohibition is denied. Petitioner has failed to show "it appears that the litigation [the writ petition] has merit and has not been filed for the purposes of harassment or delay."  (Code Civ. Proc., § 391.7, subd. (b); *McColm v. Westwood Park Assn.* (1998) 62 Cal.App.4th 1211, 1216-1221, disapproved on other grounds by *John v. Superior Court* (2016) 63 Cal.4th 91.)

      The clerk of this court is directed to reject the petition for writ of mandate or prohibition, application for waiver of court fees, and supporting documents submitted with the petition as of the date of this order.

                                      ROBIE, Acting P.J.

--------------------------------

cc: See Mailing List

# Exhibit K

Court of Appeal, Third Appellate District
Colette M. Bruggman, Clerk
Electronically FILED on 10/30/2025 by J. Villarreal, Deputy Clerk

## IN THE

# Court of Appeal of the State of California

### IN AND FOR THE
### THIRD APPELLATE DISTRICT

ALEXANDR YAKOVLEV,
    Petitioner,
      v.
THE SUPERIOR COURT
OF EL DORADO COUNTY,
    Respondent;
VALERIE BRIDGES et al.,
    Real Parties in Interest.

                      C104898
                      El Dorado County
                      No.   25CV1748

BY THE COURT:

    Petitioner's request for an order by the presiding justice for relief from a prefiling order to permit the filing of a petition for writ of mandate or prohibition is denied. Petitioner has failed to show "it appears that the litigation [the writ petition] has merit and has not been filed for the purposes of harassment or delay."   (Code Civ. Proc., § 391.7, subd. (b); *McColm v. Westwood Park Assn.* (1998) 62 Cal.App.4th 1211, 1216-1221, disapproved on other grounds by *John v. Superior Court* (2016) 63 Cal.4th 91.)

    The clerk of this court is directed to reject the petition for writ of mandate or prohibition, application for waiver of court fees, and supporting documents submitted with the petition as of the date of this order.

ROBIE, Acting P.J.

--------------------------------

cc: See Mailing List

**OFFICE OF THE CLERK**
**COURT OF APPEAL**
**Third Appellate District**
**State of California**

# Exhibit L

914 Capitol Mall
Sacramento, CA  95814-4814
916.654.0209
appellate.courts.ca.gov

**COLETTE M. BRUGGMAN**
Clerk/Executive Officer

**TODD C. EYSTER**
Assistant Clerk/Executive Officer

October 30, 2025

Alexandr Yakovlev
General Delivery
South Lake Tahoe, CA 96151

Re:    Yakovlev v. The Superior Court of El Dorado County
       C104786
       El Dorado County Super. Ct. No. 25CV1460

Dear Alexandr Yakovlev:

At the direction of the court, your motion to compel clerk to accept the notice of appeal, the unfiled copy of the notice of appeal, request to waive court fees, two requests for the sheriff to serve court papers, and accompanying documents received electronically on October 29, 2025, are not being filed and are hereby rejected.   Pursuant to rule 8.304 of the California Rules of Court, the notice of appeal must be filed in the superior court where the judgement is filed.   Furthermore, based on the cation of your motion to compel clerk to accept the notice of appeal, it appears that you intended to submit the document to the El Dorado County Superior Court.   You may submit the document to that court directly.   The El Dorado County Superior Court's address is 495 Main Street Placerville, CA 95667.

Very truly yours,

COLETTE M. BRUGGMAN
Clerk/Executive Officer

*Julia Villarreal*

By:   Julia Villarreal
Assistant Deputy Clerk III

cc:   See Mailing List