# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## TEMPORARY RESTRAINING ORDER
## (TRO)
## CHECKLIST

**NOTE:** When filing a Motion for a TRO with the court, you must choose Motion for TRO. You must complete this document and attach is to your motion as an attachment in CM/ECF. If you have questions, please call the CM/ECF Help Desk at 1-866-884-5525 (Sacramento) or 1-866-884-5444 (Fresno).

(A)    *Check one.*    Filing party is represented by counsel    ☐

Filing party is acting in pro se    ☑

(B)    Has there been actual notice, or a sufficient showing of efforts to provide notice to the affected party? *See Local Rule 65-231 and FRCP 65(b).*

Yes

Did applicant discuss alternatives to a TRO hearing?

Yes

Did applicant ask opponent to stipulate to a TRO?

Yes

Opposing Party: Superior court, Appeal court

Telephone No.:

(C)    Has there been undue delay in bringing a TRO?

Yes

Could this have been brought earlier?

Yes: ☐        No: ☑

(D)  What is the irreparable injury?

disability benefit garnish

Why the need for an expedited hearing?

IFP is not processing

(E)  Documents to be filed and (unless impossible) served on affected parties/counsel:

☑  (1)  Complaint

☑  (2)  Motion for TRO

☐  (3)  Brief on all legal issued presented by the motion

☐  (4)  Affidavit detailing notice, or efforts to effect notice, or showing why it should not be given

☑  (5)  Affidavit in support of existence of irreparable harm

☐  (6)  Proposed order with provision for bond

☒  (7)  Proposed order with blanks for fixing:

   ☐  Time and date of hearing for motion for preliminary injunction

   ☐  Date for filing responsive papers

   ☐  Amount of bond, if any

   ☐  Date and hour of issuance

☐  (8)  For TROs requested *ex parte*, proposed order shall notify affected parties then can apply to the court for modification/dissolution on 2 days notice or such shorter notice as the court may allow. *See Local Rule 65-231 and FRCP 65(b)*