UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDR YAKOVLEV,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA,<br>COUNTY OF EL DORADO, et al.,<br><br>Defendants. | Case No. 2:25-cv-03110-DJC-CSK PS<br><br>ORDER RE: PLAINTIFF'S<br>SUPPLEMENTAL REQUEST<br><br>(ECF No. 12) |

Pending before the Court is pro se Plaintiff Alexandr Yakovlev's[1] filing titled "supplemental request for reasonable accommodation and emergency ex parte motion for interim alternative service."[2] (ECF No. 12.)

First, Plaintiff requests emergency relief because Plaintiff has not received a hard copy by mail of this Court's Findings and Recommendations. Pl. Request at 1-2. Plaintiff filed written objections to the Findings and Recommendations and expressly stated that they received the Findings and Recommendations. Pl. Objections (ECF No. 10 at 1). This request is therefore denied as moot, and it is unclear why Plaintiff included this

---

[1]  Plaintiff identifies as a non-binary individual who uses the honorific "Mx." FAC ¶ 11.
[2]  This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c).

1

request weeks after receiving the Findings and Recommendations and filing their objections. Plaintiff is cautioned against filing unnecessary requests, which unnecessarily burden an already congested and busy court.

Second, Plaintiff requests electronic service. The Court already addressed and granted a similar request in its December 1, 2025 Order, which addressed **both** Plaintiff's request to electronically file documents and to receive electronic service. *See* 12/1/2025 Order and Findings and Recommendations at 15 (ECF No. 7). The Court's order also provided instructions to Plaintiff on the steps Plaintiff must take to receive electronic service of documents. As a courtesy, the Court provides its ruling and the instructions again:

> Plaintiff also requests electronically filing documents and receiving electronic service of documents. Plaintiff's request is granted. *See* Local Rule 133(b)(2). E-filing access may be revoked at any time by the Court for excessive and/or inappropriate use. **Plaintiff is DIRECTED to establish a PACER Account at www.pacer.gov and request E-Filing Access from California Eastern District through Account Maintenance.** Plaintiff is expected to adhere to all professional standards of conduct when contacting the Clerk's Office. Inappropriate or rude communication with the Clerk's Office will be reported to the assigned judge and may result in removal from e-filing. Plaintiff therefore consents to receive service of documents electronically and waives the right to receive service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D).

*Id*. (emphasis added). Because this request was already addressed and granted, this duplicative request is denied as moot. Plaintiff is cautioned against filing duplicative requests, which unnecessarily burden an already congested and busy court.

Third, Plaintiff makes other requests, including that the Court "[p]rovide email confirmation to Plaintiff when any document is served via this method" and "[i]nform Plaintiff via email whether any order has been issued in response to Plaintiff's Objections (ECF No. 10) or supplement (ECF No. 11), or if any other action is required in this case." Pl. Request at 3. These requests are denied as moot and unnecessary. On December 1,

2025, the Court already granted Plaintiff's request to electronically file documents and to receive electronic service. *See* 12/1/2025 Order and Findings and Recommendations at 15. In addition, as established by Plaintiff's filings, which expressly refer and respond to various court filings, it is clear Plaintiff is receiving court filings. Electronic filers automatically and electronically receive court filings through the CM/ECF system. Parties who are not electronic filers receive court filings through service by mail. Therefore, no further action needs to be taken by the court.

**ORDER**

IT IS HEREBY ORDERED THAT:

1.  Plaintiff's supplemental request (ECF No. 12) is DENIED.

2.  The Clerk of Court is directed to serve this order by e-mail only to Plaintiff at 750emerealdbay@gmail.com.

3.  Plaintiff is reminded of his obligation to provide his current mailing address to the Clerk of Court.

Dated:  February 24, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, yako.3110.25

3